UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Andres Gomez**,

       Plaintiff,

   v.

**Fox Rent A Car, Inc.**, a California Corporation; and Does 1-10,

       Defendants.

Case: No.: 2:21-cv-00555-JAM-AC

**ORDER GRANTING JOINT STIPULATION TO TRANSFER VENUE**

    Having considered the Parties' stipulation and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Parties' stipulation to transfer venue to the Central District of California, Western Division is granted.

IT IS SO ORDERED.

DATED:  June 21, 2021     /s/ John A. Mendez
                          THE HONORABLE JOHN A. MENDEZ
                          UNITED STATES DISTRICT COURT JUDGE